# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Rodney Duncan**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00824-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Parson | ) | |
| FNU Medlin | | |
| FNU Clark | | |
| FNU Kennedy**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2014 Order.

December 9, 2014

_____
Frank G. Johns, Clerk
United States District Court